UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Janice R. Thomas-Haskins

                                      Case No. 23-45971-MLO
                                      Chapter 13
                                      HON. Maria L. Oxholm

                Debtor(s).
_____/

**STIPULATION TO ADJOURN HEARING ON 01/12/2026 REGARDING FORD MOTOR CREDIT COMPANY LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING FRBP 4001(A)(4)**

This matter came for consideration based on the agreement of the Debtor, through Counsel and Creditor Ford Motor Credit Company LLC, through Counsel, Jacob High, regarding Creditor Ford Motor Credit Company LLC's Motion for Relief from the Automatic Stay and Entry of Order Waiving FRBP(A)(4); the parties agree to stipulate to the adjournment of the hearing in a manner consistent with the proposed order attached as Exhibit 1.

| | |
|---|---|
| /s/ Mary Beth Wimberley | /s/ Jacob High |
| CHARLES J. SCHNEIDER (P27598) | JACOB HIGH (P76374) |
| MARY BETH WIMBERLEY (P82137) | Law Office of Jacob High PLLC |
| Attorney(s) for Debtor | 6440 Lake Meadow Drive |
| 39319 Plymouth Rd., Ste. 1 | Waterford, MI 48327 |
| Livonia, MI 48150 | (248) 818-5880 |
| (734) 591-4890 | jacob@jacobhighlaw.com |
| notices@cschneiderlaw.com | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:

    Janice R. Thomas-Haskins

                              Case No. 23-45971-MLO
                              Chapter 13
                              HON. Maria L. Oxholm

                Debtor(s).
_____/

### ORDER ADJOURNING HEARING ON 01/12/2026 REGARDING FORD MOTOR CREDIT COMPANY LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING FRBP 4001(A)(4)

This matter having come on to be heard upon the Stipulation of the parties and the Court being advised in the premises, now, therefore;

IT IS ORDERED that the hearing for Creditor Ford Motor Credit Company LLC's Motion for Relief from the Automatic Stay and Entry of Order Waiving FRBP(A)(4) is adjourned from 01/12/2026 to 02/23/2026 at 10:00 a.m.

                                                EXHIBIT 1