**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

      Janice R. Thomas-Haskins

           Debtor.

_____/

Case No. 23-45971-MLO
Chapter 13
HON. Maria L. Oxholm

**STIPULATED REQUEST FOR ORDER FOR SUBSTITUTION OF COUNSEL**

Debtor(s), *Janice R. Thomas-Haskins,* requests that Sweeney Law Offices, PLLC replaces Charles J. Schneider, P.C. as Counsel for Debtor, in connection with the within Chapter 13 case.


/s/   Jesse R. Sweeney
JESSE R. SWEENEY (P60941)
Erin A. Kramer (P75942)
SWEENEY LAW OFFICES, PLLC
28475 Greenfield Rd., Suite 217
Southfield, MI 48076
(586) 909-8017
sweeneylaw2005@gmail.com


/s/   Charles J. Schneider
Charles J. Schneider (P27598)
Charles J. Schneider, P.C.
Attorney for Debtor
39319 Plymouth Rd. Ste 1
Livonia, Mi 48150
734-591-4890
notices@cschneiderlaw.com

/s/Janice R. Thomas-Haskins
Janice R. Thomas-Haskins, Debtor.

Date: 4/6/2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

      Janice R. Thomas-Haskins

                  Debtor.

_____/

Case No. 23-45971-MLO
Chapter 13
HON. Maria L. Oxholm

## ORDER ALLOWING SUBSTITUTION OF COUNSEL

This matter came before the Court upon the stipulation ("Stipulation"; ECF No. ___) among the Debtor, Charles J. Schneider, P.C., and Sweeney Law Offices, PLLC. The Stipulation recites that no notice of the entry of this Order is required because the substitution of counsel is consensual and has no adverse impact on any parties to the case. The Court has reviewed the Stipulation and other pertinent pleadings and is advised in the premises. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that Sweeney Law Offices, LLC is substituted for Charles J. Schneider, P.C. as Debtor's Counsel effective upon entry of this Order. Sweeney Law Offices, PLLC must promptly serve a copy of this Order on all interested parties in this Chapter 13 case, including all creditors, and must promptly file a certificate of service demonstrating compliance with this paragraph of this Order.

EXHIBIT A